```
                                                          FILED
                                                       April 17, 2008
         UNITED STATES DISTRICT COURT FOR THE      CLERK, US DISTRICT COURT
                                                    EASTERN DISTRICT OF
           EASTERN DISTRICT OF CALIFORNIA                 CALIFORNIA
                                                       DEPUTY CLERK
```

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | Case No. MAG. 08-0138 DAD |
| Plaintiff, ) | |
| v. ) | ORDER FOR RELEASE OF |
| ) | PERSON IN CUSTODY |
| WILLIAM LITTLE, JR., ) | |
| ) | |
| Defendant. ) | |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release  WILLIAM LITTLE, JR.  , Case No.  MAG. 08-0138 DAD  , Charge  Title 18 USC § 1349  , from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

__  Release on Personal Recognizance

X   Bail Posted in the Sum of $ 75,000.00

X   Unsecured Appearance Bond

__  Appearance Bond with 10% Deposit

__  Appearance Bond with Surety

__  Corporate Surety Bail Bond

X   (Other)  With Pretrial Services Supervision of conditions of release.

This release order is not effective until the date defendant has signed and understands the attached "Notice to Defendant Being Released".

Issued at  Sacramento, CA  on  April 17, 2008  at  2:38 pm  .

By  /s/ Dale A. Drozd
    Dale A. Drozd
    United States Magistrate Judge